UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

RICHARD TWIGGS                                    CIVIL ACTION

v.                                                NO. 20-2879

UNIVERSITY OF HOLY CROSS, ET AL.                  SECTION "F"

                           ORDER AND REASONS

   Before the Court is University of Holy Cross' Rule 12(b)(6) motion to dismiss Plaintiff Richard Twiggs' claim under 42 U.S.C. §1981 for failure to state a claim on which relief may be granted. Counsel for Mr. Twiggs has informed the Court that it does not oppose this motion.

   Accordingly, because the motion is unopposed, and further, as it appears to the Court that the motion has merit,[1] IT IS ORDERED: that the defendant's motion to dismiss the 42 U.S.C. §1981 claim is GRANTED and the claim is hereby dismissed with prejudice.

   New Orleans, Louisiana, October 7, 2021.

                                   _____
                                         MARTIN L. C. FELDMAN
                                      UNITED STATES DISTRICT JUDGE

---

[1] This Court has already considered a motion to dismiss in this case and granted dismissal on this claim as to four individually-named defendants.  In short, §1981 guarantees nonwhite citizens "the full and equal benefit of all laws and proceedings for security of persons and property as is enjoyed by white citizens." As Mr. Twiggs' complaint makes no mention of race, there is no cognizable claim under this statute.