## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**RICHARD TWIGGS**                                            **CIVIL ACTION**

**VERSUS**                                                          **NO. 20-2879**

**UNIVERSITY OF HOLY CROSS, ET AL.**          **SECTION D (3)**

## ORDER

The Court, having been advised by correspondence from counsel that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, February 2, 2022

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**